**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart, Inc. d/b/a Walmart #3350; Wal-Mart Stores East, LP; Derek Nicholson; Shannon Brents; and Latasha Spelling*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARFEE ANDREW CRUELL, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., d/b/a WALMART #3350; WAL-MART STORES EAST, LP; DEREK NICHOLSON; SHANNON BRENTS; LATASHA SPELLING; DOE PROPERTY OWNER I-V; ROE PROPERTY OWNER I-V; DOE JANITORIAL EMPLOYEE I-V; ROE JANITORIAL COMPANY I-V; ROE MAINTENANCE COMPANY I-V; ROE PROPERTY MANAGEMENT COMPANY IV; DOE MANAGEMENT COMPANY I-V; DOE PROPERTY MANAGER I-V; DOE EMPLOYEE I-V; ROE EMPLOYER I-V; and ROE COMPANIES I-V, inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:23-cv-01194-CDS-BNW<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LARFEE ANDREW CRUELL, and Defendants, WALMART, INC. d/b/a WALMART #3350, WAL-MART STORES EAST, LP, DEREK NICHOLSON; SHANNON BRENTS; LATASHA SPELLING, by and through their respective counsel of record, that the claims asserted by Plaintiff,

1

KB/20147-20

LARFEE ANDREW CRUELL, against Defendants, WALMART, INC. d/b/a WALMART #3350, WAL-MART STORES EAST, LP, DEREK NICHOLSON; SHANNON BRENTS; LATASHA SPELLING, be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 29th day of July, 2024.

HALL & EVANS, LLC.

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TANYA M. FRASER, ESQ.
Nevada Bar #13872
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Walmart, Inc. d/b/a Walmart #3350; Wal-Mart Stores East, LP; Derek Nicholson; Shannon Brents; and Latasha Spelling*

DATED this 10th day of July, 2024.

GINA CORENA & ASSOCIATES

_____
MAHNA POURSHABAN, ESQ.
Nevada Bar No. 13743
300 South 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
mahna@lawofficecorena.com
*Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge

Dated: August 5, 2024

Respectfully submitted by:

HALL & EVANS, LLC

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Defendants*